# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Oliver Jr., Solomon | U.S. District Court | 6/29/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Active) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 <br> to <br> 12/31/2017 |

**7. Chambers or Office Address**

Carl B. Stokes US Court House
801 West Superior Avenue, Suite 17A
Cleveland, OH 44113-1838

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | College of Wooster |
| 2. | Section Delegate, ABA House of Delegates | American Bar Association Section of Legal Education and Admissions to the Bar |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2011 | Ohio State Teachers Retirement System: Pension |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 6/29/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Evidence Drafting Committee Multi-State Bar Examination | $7,000.00 |
| 2. 2017 | Ohio State Teacher's Retirement System | $25,884.01 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Harvard School of Law | 1/8-1/13 | Boston, MA | Activity of prof. org. | Travel, lodging, food in conjunction with program |
| 2. | American Bar Association | 2/3-2/6 | Vancouver, Canada | Activity of prof. org. | Travel, lodging, food in conjunction with meeting |
| 3. | American Bar Association | 3/9-3/11 | Santa Monica, CA | Activity of prof. org. | Travel, lodging, food in conjunction with meeting |
| 4. | Iowa Drake Law School | 3/31-4/2 | Des Moines, IA | Activity of prof. org. | Travel, lodging, food in conjunction with program |
| 5. | National Conference of Bar Examiners | 5/25-5/28 | Portland, OR | Activity of prof. org. | Travel, lodging, food in conjunction with meeting |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 6/29/2018 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | American Bar Association | 8/10-8/15 | New York, NY | Activity of prof. org. | Travel, lodging, food in conjunction with meeting |
| 7. | Duke University School of Law | 9/7-9/9 | Washington, DC | Activity of prof. org. | Travel, lodging, food in conjunction with program |
| 8. | National Conference of Bar Examiners | 9/22-9/25 | Vergenner, VT | Activity of prof. org. | Travel, lodging, food in conjunction with meeting |
| 9. | American Bar Association | 11/2-11/5 | Boston, MA | Activity of prof. org. | Travel, lodging, food in conjunction with meeting |
| 10. | Columbia Law School | 11/12-11/15 | New York, NY | Acitvity of prof. org. | Travel, lodging, food in conjunction with program |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 6/29/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 6/29/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Abbott Laboratories | A | Dividend | J | T | | | | | |
| 2. Bank of America | A | Dividend | J | T | | | | | |
| 3. Bank of NY M | A | Dividend | J | T | | | | | |
| 4. Cardinal Health | A | Dividend | J | T | | | | | |
| 5. EnPro | A | Dividend | J | T | | | | | |
| 6. HP Inc. | A | Dividend | J | T | | | | | |
| 7. Hewlett Packard Enterprises | A | Dividend | J | T | | | | | |
| 8. Express Scripts | A | Dividend | J | T | | | | | |
| 9. Honeywell International | A | Dividend | K | T | | | | | |
| 10. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 11. JP Morgan Chase | A | Dividend | K | T | | | | | |
| 12. New Jersey Resources | A | Dividend | K | T | | | | | |
| 13. Nextera Energ | B | Dividend | L | T | | | | | |
| 14. Proctor & Gamble | B | Dividend | K | T | | | | | |
| 15. Royal Bk of Scotland | A | Dividend | J | T | | | | | |
| 16. Royal Dutch Shell B | A | Dividend | J | T | | | | | |
| 17. Cohen & Steers Infrastructure Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 6/29/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Nuveen Mun Valve Fund | A | Dividend | O | T | | | | | |
| 19. Nuveen OH Quality Income Municipal Fund | A | Dividend | J | T | | | | | |
| 20. Blackrock Euro Fund Investor | A | Dividend | J | T | | | | | |
| 21. Schwab Investor Checking | A | Interest | M | T | | | | | |
| 22. AT&T common | B | Dividend | K | T | | | | | |
| 23. Bristol Meyers common | B | Dividend | K | T | | | | | |
| 24. Coca Cola common | B | Dividend | L | T | | | | | |
| 25. Morgan Stanley Dean Witter common | A | Dividend | J | T | | | | | |
| 26. Ford common | A | Dividend | J | T | | | | | |
| 27. General Electric common | B | Dividend | K | T | | | | | |
| 28. Goodyear common | A | Dividend | J | T | | | | | |
| 29. Home Depot common | B | Dividend | M | T | | | | | |
| 30. Federated Department Stores common Macy's | A | Dividend | J | T | | | | | |
| 31. Merck common | A | Dividend | K | T | | | | | |
| 32. Nike common | B | Dividend | M | T | | | | | |
| 33. WalMart common | B | Dividend | L | T | | | | | |
| 34. Putnam Global Equity | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 6/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Ohio Tax Free | A | Interest | K | T | | | | | |
| 36. CREF Global Equities R2 403(b) | C | Dividend | M | T | | | | | |
| 37. TIAA Access Wellington T1--403(b) | C | Interest | O | T | | | | | |
| 38. Traditional 403(b) | C | Interest | N | T | | | | | |
| 39. Ohio Savings Bank Accounts | A | Interest | K | T | | | | | |
| 40. DWS Scudder International Fund | B | Dividend | J | T | | | | | |
| 41. Vodaphone | B | Dividend | J | T | | | | | |
| 42. Pepsico | C | Dividend | M | T | | | | | |
| 43. Allstate | A | Dividend | K | T | | | | | |
| 44. Tricontinental Global | A | Dividend | K | T | | | | | |
| 45. IRA Vanguard 500 | A | Dividend | L | T | | | | | |
| 46. Cisco | A | Dividend | J | T | | | | | |
| 47. Zimmer | A | Dividend | J | T | | | | | |
| 48. Lowes | A | Dividend | L | T | | | | | |
| 49. Pfizer | A | Dividend | J | T | | | | | |
| 50. Comcast | A | Interest | J | T | | | | | |
| 51. Vanguard Intermediate Term Tax-Exempt Fund | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 6/29/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard 500 Index | B | Dividend | M | T | | | | | |
| 53. Vanguard Small Cap Index | B | Dividend | M | T | | | | | |
| 54. Fidelity Balance, IRA | B | Dividend | L | T | | | | | |
| 55. Fidelity Capital Appreciation, IRA | D | Dividend | M | T | | | | | |
| 56. T. Rowe Price Equity Income | C | Dividend | L | T | | | | | |
| 57. T. Rowe Price Retirement 20/20 | B | Dividend | L | T | | | | | |
| 58. Vanguard Total International Stock Fund | B | Dividend | K | T | | | | | |
| 59. Vanguard Wellington | C | Dividend | M | T | | | | | |
| 60. Vanguard Wellesley | C | Dividend | M | T | | | | | |
| 61. Vanguard Total Bond Market Index | B | Interest | K | T | | | | | |
| 62. T. Rowe Price Emerging Markets | A | Dividend | K | T | | | | | |
| 63. Intel | A | Dividend | K | T | | | | | |
| 64. Discover Financial Services | A | Dividend | J | T | | | | | |
| 65. Schwab Target 2025 Fund - IRA | B | Dividend | M | T | | | | | |
| 66. Abbvie, Inc. | A | Dividend | J | T | | | | | |
| 67. Duke Energy | A | Dividend | J | T | | | | | |
| 68. Verizon | C | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Oliver Jr., Solomon | 6/29/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | Yum Brands (X) | A | Dividend | K | T | | | | | |
| 70. | TIAA Money Market | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 6/29/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I have deleted Progress Energy. It should have been deleted when Duke Energy was added some years back when they merged on 7/3/12.

Hewlett-Packard was deleted, and HP Inc. and Hewlett-Packard Enterprises were added instead as Hewlett-Packard split into these two companies on 11/1/2015.

Resource Careers, Inc., 401 Vanguard 500 was corrected to read, "Vanguard 500 IRA."

Global Inc.com has been changed to reflect that it is now called Yum Brands.

I have also added the stock listing of Yum China. It was a spinoff from Yum Brands as of Novmber 1, 2016, which should have been reported earlier.

I have also added TIAA Money Market, which receives the dividend from my stock holding and is part of my brokerage account at TIAA.

I have also changed Traditional 403(b) to accurately reflect its name as TIAA Traditional 403(b).


All of the matters noted above are meant to reflect errors in prior reports of which I was not previously aware.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Solomon Oliver Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544